UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff,                 Case No.     03-CR-00016

vs.

JOHN LYNN KAVO,

       Defendant.
_____/

## ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME

     On May 16, 2008, the government filed a "Motion for Extension of Time to File a Response." Upon review of the motion and brief, the court will grant the motion. Therefore,

     IT IS HEREBY ORDERED that the government's motion for extension of time is GRANTED.  The government shall file its response no later than **June 30, 2008**. In addition the defendant shall file his reply, if any, by **July 21, 2008.**

                                         S/Robert H. Cleland
                                         ROBERT H. CLELAND
                                         UNITED STATES DISTRICT JUDGE

Dated:  June 23, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 23, 2008, by electronic and/or ordinary mail.

                                           S/Lisa Wagner
                                         Case Manager and Deputy Clerk
                                         (313) 234-5522