UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                    Case NO. 03-CR–16

JOHN LYNN KAVO,

       Defendant.
_____/

### ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

This matter has come before the court on defendant's "Motion for Extension of Time to File Response to the Government's Response" filed on July 15, 2008.

IT IS ORDERED that the Motion for Extension is **GRANTED**.  The defendant shall file his reply to the government's response by **August 25, 2008.**

       S/Robert H. Cleland
       ROBERT H. CLELAND
       UNITED STATES DISTRICT JUDGE

Dated:  July 25, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 25, 2008, by electronic and/or ordinary mail.

       S/Lisa Wagner

       Case Manager and Deputy Clerk
       (313) 234-5522